## FIRST DISTRICT.

**Hurley Hunter, by Maude Hunter, appellee, v. Your Cab Company, appellant. Gen. No. 31,652.**

Action for personal injuries of minor while taxicab passenger. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

John A. Bloomington, for appellant. Quin O'Brien and Urban P. Gallagher, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**Peter Boharski, by Michael Boharski, defendant in error, v. Steve Rudnicki, plaintiff in error. Gen. No. 31,667.**

Action for personal injury to child of tender years, struck by automobile. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. George A. Sentel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

John A. Bloomington, for plaintiff in error. Peden, Kahn & Murphy and Joseph D. Ryan, for defendant in error; David Silbert, Samuel Simon and Sydney M. Goldstein, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**In re estate of Adolph L. Benner, deceased.**

**Mary Lee Colbert, appellee, v. Estate of Adolph L. Benner, deceased, appellant. Gen. No. 31,707.**

Claim for balance due for legal services rendered estate's decedent. Judgment for claimant. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Robert W. Dunn and Geoffrey Levinson, for appellant. Le Roy Hackett, for appellee; Charles H. Pease, of counsel.

Mr. Justice McSurely delivered the opinion of the court.